UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CHARLIE HARRIS,<br><br>    Plaintiffs,<br><br>  v.<br><br>CAPITAL ONE BANK (USA) N.A.,<br><br>    Defendant. | Case No. 4:18-cv-00386-RO<br><br>Chief Judge Reed O'Conner.<br><br>**NOTICE OF SETTLEMENT** |

## NOTICE OF SETTLEMENT

Plaintiff CHARLIE HARRIS notifies this Court that Plaintiff and Defendant CAPITAL ONE BANK (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

Respectfully submitted the 27th day of February 2019.

By: */s/ Alyson J. Dykes*
Alyson J. Dykes
Admitted *pro hac vice*
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, California 92880
T: (657) 500-4317
E: Alysond@jlohman.com
Attorney for Plaintiff,

- 1 -

CHARLIE HARRIS

**CERTIFICATE OF SERVICE**

I certify that on February 27, 2019 I filed Plaintiff CHARLIE HARRIS's Notice of Settlement using the CM/ECF system, which will provide notice to the following:

Haley Hendrix Anderson
Hunton Andrews Kurth LLP
Fountain Place
1445 Ross Ave
Suite 3700
Dallas, TX 75202-2799
214-979-3000
Fax: 214-880-0011
Email: handerson@huntonak.com

Adam Corey Ragan
Hunton Andrews Kurth LLP
1445 Ross Avenue
Suite 3700
Dallas, TX 75202
214-468-3577
Fax: 214-880-0011
Email: aragan@huntonak.com

*/s/ Alyson J. Dykes*
Alyson J. Dykes
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, California 92880
T: (657) 500-4317
E: Alysond@jlohman.com
Attorney for Plaintiff,
CHARLIE HARRIS