# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# Fort Worth Division

| | |
|---|---|
| CHARLIE HARRIS,<br>   Plaintiff,<br><br>   v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br>   Defendant. | Case No.: 4:18-cv-00386-O<br><br>*ELECTRONICALLY FILED* |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Charlie Harris ("Plaintiff"), and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

*/s/Adam C. Ragan (with permission)*
Adam Corey Ragan
Hunton Andrews Kurth LLP
1445 Ross Avenue
Suite 3700
Dallas, TX 75202
214-468-3577
Fax: 214-880-0011
Email: aragan@huntonak.com
*COUNSEL FOR DEFENDANT*

*/s/ Alyson J. Dykes*
Alyson J. Dykes
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310,
Corona, CA  92880
Tel: (657) 500-4317
Fax: (657) 227-0270
E: AlysonD@jlohman.com
*COUNSEL FOR PLAINTIFF*

*/s/ Peter J. Cozmyk*
Peter J Cozmyk
Cozmyk Law Offices, LLC
6100 Oak Tree Blvd
Suite 200, Room 209
Independence, OH 44131
877-570-4440
Fax: 216-485-2125
Email: pcozmyk@hotmail.com

UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF TEXAS
Forth Worth Division

CHARLIE HARRIS,

    Plaintiff,

    v.

CAPITAL ONE BANK (USA), N.A.,

    Defendants.

Case No: 4:18-cv-00386-O

**[PROPOSED] ORDER OF DISMISSAL**

### [PROPOSED] ORDER OF DISMISSAL

Plaintiff, Charlie Harris ("Plaintiff"), and Defendant, Capital One Bank (USA), N.A., ("Defendant"), having filed a Joint Stipulation of Dismissal and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claim against Defendant are DISMISSED with prejudice.  Each party shall bear their own costs and attorney's fees.

SO ORDERED.

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of April 2019, I electronically filed the foregoing Joint Stipulation of Dismissal using the CM/ECF System, which will notify all registered parties.

Adam Corey Ragan
Hunton Andrews Kurth LLP
1445 Ross Avenue
Suite 3700
Dallas, TX 75202
214-468-3577
Fax: 214-880-0011
Email: aragan@huntonak.com
*COUNSEL FOR DEFENDANT*

                                                              */s/ Peter J. Cozmyk*
                                                              Peter J Cozmyk
                                                              Cozmyk Law Offices, LLC
                                                              6100 Oak Tree Blvd
                                                              Suite 200, Room 209
                                                              Independence, OH 44131
                                                              877-570-4440
                                                              Fax: 216-485-2125
                                                              Email: pcozmyk@hotmail.com
                                                              *COUNSEL FOR PLAINTIFF*